FILED
LODGED
RECEIVED
JAN 21 2014
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON

DAVID T. GILCHRIST
LEANNE L. GILCHRIST
      Plaintiffs

vs.

BANK OF AMERICA, N.A.
BAC HOME LOANS SERVICING LP
MERS, Inc.
MERSCORP, INC.
FHLMC FREDDIE MAC
MANN MORTGAGE, LLC dba LIFE MORTGAGE
MANN FINANCIAL, INC.
WITHERSPOON·KELLEY
CHRISTOPHER G. VARALLO
      Defendants

Case # CV14 5062 RBL

**VERIFICATION OF COMPLAINT**

I, DAVID T. GILCHRIST & LEANNE L. GILCHRIST, hereby declare as follows:

1. We are the Plaintiffs named in the above-captioned matter.

2. We have read the Summons and Complaint filed herein, know the contents thereof, and believe the same to be true.

VERIFICATION OF COMPLAINT 1

David T. Gilchrist & Leanne L. Gilchrist
457 21st Ave
Longview, WA 98632
360-423-1196

3. We declare, under penalty of perjury under the laws of the State of Washington, that the foregoing is true and correct to the best of my knowledge.

DATED this 21 day of January, 2014.

_____
David T. Gilchrist

_____
Leanne L. Gilchrist

VERIFICATION OF COMPLAINT 2