1
2
3
4

5      UNITED STATES DISTRICT COURT FOR THE
       WESTERN DISTRICT OF WASHINGTON
6

7  DAVID T. GILCHRIST
   LEANNE L. GILCHRIST
8                          Plaintiffs

                                              Case   CV14  5062RBL
9  vs.                                        #_____
   BANK OF AMERICA, N.A.                      CIVIL COMPLAINT
10 BAC HOME LOANS SERVICING LP                JURY TRIAL DEMANDED
   MERS, Inc.
11 MERSCORP, INC.
   FHLMC FREDDIE MAC                          **MOTION FOR**
12 MANN MORTGAGE, LLC dba LIFE MORTGAGE       **CLARIFICATION**
   MANN FINANCIAL, INC.
13 WITHERSPOON·KELLEY                         Note of Motion Calendar:
   CHRISTOPHER G. VARALLO                     April 4, 2014
14
                           Defendants

15

16   **MOTION TO CLARIFY ERROR OF RELATED CASES
     AND TO ORDER JOINT STATUS REPORT AND MINUTE
17   ORDER REGARDING DISCOVERY & DEPOSITIONS**

18   Plaintiffs David T. Gilchrist and Leanne L. Gilchrist move this Honorable Court to rectify any

19 mistaken case relationship of 3:14-cv-05062RBL with cases 3:14-cv-05020RBL, 3:14-cv-05021RBL,

20 MOTION FOR CLARIFICATION
   Page 1                                                              David T. Gilchrist
                                                                       Leanne L. Gilchrist
21                                                                     457 21st Ave
                                                                       Longview, WA 98632
                                                        Email: mortetyranni1776@hotmail.com
22                                                          (360) 751-1198  (360) 423-1196

1  and 3:14-cv-05066RBL. On January 24, 2014, Document #2 in Case 3:14-cv-05062RBL ordered the

2  reassigning of this case from Judge Ronald B. Leighton to Judge Robert J. Bryan due to a presumed

3  connection to the other cases listed herein that Judge Robert J. Bryan had been assigned. Plaintiffs are

4  unclear as to why this case may have been presumed to be related to those other cases. Case 3:14-cv-

5  05062RBL had no relationship with the other listed cases cited herein, nor does it have any relationship

6  with any other cases at this point either in the federal court or the state court. Plaintiffs presume that

   this may have caused a delay in the Court issuing any case management order and f26 conferencing.

7      WHEREFORE, Plaintiffs David T. Gilchrist and Leanne L. Gilchrist move this Honorable

8  Court to clarify, and if necessary, remedy any case relationship error causing delay in the issuing of the

9  joint status report and minute order regarding discovery & depositions, granting such other and further

10  relief as the Court may deem reasonable and just under the circumstances.

11

12  DATED this 20th day of March, 2014    Respectfully submitted

13

14      *s/* David T. Gilchrist
    David T. Gilchrist
    Leanne L. Gilchrist
15  457 21st Ave
    Longview, WA 98632
16  (360) 751-1198  (360) 423-1196
    Email: mortetyranni1776@hotmail.com

17  Plaintiffs

18

19

20  MOTION FOR CLARIFICATION
    Page 2
                                                                    David T. Gilchrist
                                                                    Leanne L. Gilchrist
21                                                                  457 21st Ave
                                                                    Longview, WA 98632
                                                        Email: mortetyranni1776@hotmail.com
22                                                      (360) 751-1198  (360) 423-1196